UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                                                                              CHAPTER 13 PROCEEDINGS

MICHAEL T WHITE                                 CASE NUMBER:  05-24862
THERESA A WHITE                               HON: DANIEL S OPPERMAN
                   Debtor(s).
_____/

**STATEMENT REGARDING FUNDS TO BE
DEPOSITED IN US REGISTRY**

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $5.77  for deposits in the U. S. Registry as evidenced by the attached Check No. 270209  made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on May 31, 2011 on behalf of the following creditor:

     Bay Radiological Consultants       $7.50           disbursement of May 31, 2011


Date:  August 17, 2010                            /s/ Thomas W McDonald
                                                   Thomas W McDonald, Jr.
                                                     Chapter 13 Trustee
                                                     3144 Davenport Ave
                                                     Saginaw Mi 48602
                                                     Telephone (989) 792-6766
                                                     ecf@mcdonald13.org