UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                              CHAPTER 13 PROCEEDINGS
MICHAEL T WHITE              CASE NUMBER: 05-24862
THERESA A WHITE           HON: DANIEL S OPPERMAN
          Debtor(s).
_____/

**AMENDED
STATEMENT REGARDING FUNDS TO BE
DEPOSITED IN US REGISTRY**

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $17.33 for deposits in the U. S. Registry as evidenced by the attached Check No. 271884 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on various dates on behalf of the following creditor:

     Bay Radiological Consultants

     Creditor disbursement and mail has been returned as undeliverable


Date: October 27, 2011                        /s/ Thomas W McDonald
                                               Thomas W McDonald, Jr.
                                             Chapter 13 Trustee
                                             3144 Davenport Ave
                                             Saginaw Mi 48602
                                             Telephone (989) 792-6766
                                             ecf@mcdonald13.org